1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE OPTIONS INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>HO CHUNG YEH, an individual, a/k/a SEBASTIAN, a/k/a MIKE, d/b/a PAINTBARFACTORY, d/b/a PAINTBARFACTORY.COM, d/b/a PERSPICACATY INTERNATIONAL CORP., a sole proprietorship, and DOES 1-10, inclusive<br><br>    Defendants. | CASE NO. C 14-00500 KAW<br><br>[PROPOSED] ORDER GRANTING ANDRES QUINTANA PERMISSION TO PARTICIPATE IN HEARING BY TELEPHONE<br><br>Date:     April 17, 2014<br>Time:    11:00 a.m.<br>Place:    Courtroom 4<br>Judge:   Honorable Kandis Westmore<br>Location: Oakland Courthouse, Courtroom 4<br>              3rd Floor<br>              1301 Clay Street, Oakland, CA 94612 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant Ho Chung Yeh's Request For His Lead Counsel To Appear Telephonically At Motion To Dismiss Plaintiff's Complaint [Fed.R.Civ.P. 12(b)(6)] was presented to the above-titled court by electronic filing.

Having considered the evidence, moving papers, the declaration attached thereto, including any applications for judicial notice, and opposing and reply papers (if any), the issues having been duly heard, and having found good cause, Defendant's Request is granted as follows:

IT IS ORDERED:

Mr. Andres F. Quintana of the Quintana Law Group, APC, is granted permission to participate telephonically in the April 17, 2014 hearing on Defendant Yeh's Motion to Dismiss, and shall comply with the procedures laid out in the NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE KANDIS A. WESTMORE for that telephonic appearance.

Dated: April 14, 2014

_____
Honorable Kandis Westmore
United States Magistrate Judge