1   MATTHEW D. METZGER (SBN 240437)
    mmetzger@belvederelegal.com
2   BELVEDERE LEGAL, PC
3   1777 Borel Place, Suite 314
    San Mateo, California 94402
4   Telephone:     (415) 513-5980
    Facsimile:      (415) 513-5985
5

6   *Attorneys for Plaintiff*
    *San Jose Options, Inc.*

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10  SAN JOSE OPTIONS INC.,                          **CASE NO. C 14-00500 KAW**
         a California Corporation
11                                                  ~~**[PROPOSED]**~~ **ORDER APPROVING**
12            Plaintiffs,                           **STIPULATION FOR LEAVE TO FILE**
                                                    **FIRST AMENDED COMPLAINT**
13       v.
                                                    **Date:**
14  HO CHUNG YEH                                    **Time:**
         an individual                              **Place:** Courtroom 4
15  a/k/a  SEBASTIAN,                               **Judge:** Honorable Kandis Westmore
16  a/ka/  MIKE,                                    **Location:** Oakland Courthouse,
    d/b/a/ PAINTBARFACTORY,                         Courtroom 4, 3rd Floor
17  d/b/a  PAINTBARFACTORY.COM,                     1301 Clay Street, Oakland, CA 94612
    d/b/a  PERSPICACATY INTERNATIONAL
18  CORP, a sole proprietorship, and DOES 1 —
    10, inclusive,
19
20            Defendants

21

22

23

24

25

26

27

28  CASE NO.  4:14-cv-00500-KAW

    ORDER APPROVING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

1

2

3          On May 21, 2014 San Jose Options, Inc. ("Plaintiff" and/or "SJO"), by and through its

4   attorneys of record on the one hand, and Ho Chung Yeh ("Defendant" and/or "YEH"), by and

5   through his attorneys of record on the other hand (collectively the "parties") entered into a

6   stipulation to allow Plaintiff leave to file the first amended complaint attached as Exhibit A to the

7   stipulation.

    APPROVED AS TO FORM

8

9

10
    Dated: May 21, 2014                         BELVEDERE LEGAL, PC
11

12
                                                By: _____/s/_____
13                                              MATTHEW D. METZGER (#240437)
                                                *Attorneys for Plaintiff San Jose Options, Inc.*
14

15
    Dated: May 21, 2014                         QUINTANA LAW GROUP, APC
16

17
                                                By: _____/s/_____
18                                              Andres F. Quintana (#190525)
                                                *Attorneys for Defendant Ho Chung Yeh.*
19

20  IT IS SO ORDERED

21
    Dated __May 22, 2014_____,                 _____
22                                              KANDIS A. WESTMORE
                                                United States Magistrate Judge
23

24

25

26

27

28
    CASE NO.  4:14-cv-00500-KAW

    ORDER APPROVING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT