MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, California 94402
Telephone:    (415) 513-5980
Facsimile:    (415) 513-5985

*Attorneys for Plaintiff*
*San Jose Options, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE OPTIONS INC.,<br>    a California Corporation<br><br>        Plaintiffs,<br><br>    v.<br><br>HO CHUNG YEH<br>    an individual<br>a/k/a  SEBASTIAN,<br>a/k/a/  MIKE,<br>d/b/a/ PAINTBARFACTORY,<br>d/b/a  PAINTBARFACTORY.COM,<br>d/b/a  PERSPICACATY INTERNATIONAL CORP, a sole proprietorship, and DOES 1 — 10, inclusive,<br><br>        Defendants | **CASE NO. C 14-00500 KAW**<br><br>**[PROPOSED]** **ORDER GRANTING MATTHEW METZGER PERMISSION TO PARTICIPATE IN HEARING BY TELEPHONE**<br><br>**Date:** August 21, 2014<br>**Time:** 11:00 a.m.<br>**Place:** Courtroom 4<br>**Judge:** Honorable Kandis Westmore<br>**Location:** Oakland Courthouse, Courtroom 4, 3rd Floor<br>1301 Clay Street, Oakland, CA 94612 |

CASE NO.  4:14-cv-00500-KAW

ORDER

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff San Jose Options ("Plaintiff")'s Request to Appear Telephonically at Defendant Ho Chung Yeh's Motion to Dismiss Plaintiff's First Amended Complaint was presented to the above titled court by electronic filing.

Having considered the evidence, moving papers, the declaration of Mr. Metzger attached thereto, and opposing reply papers (if any), the issues have been duly heard, and having found good cause, Plaintiff's Request is granted as follows:

IT IS ORDERED:

Mr. Matthew D. Metzger of Belvedere Legal, PC, is granted permission to participate telephonically at the August 21, 2014 hearing on Defendant Ho Chung Yeh's Motion to Dismiss Plaintiff's First Amended Complaint and shall comply with the procedures specified in NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE KANDIS A. WESTMORE for said telephonic appearance.

Dated: 07/18/2014

_____
Honorable Kandis Westmore
United States Magistrate Judge

CASE NO. 4:14-cv-00500-KAW — - 1 -
ORDER