MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, California 94402
Telephone:    (415) 513-5980
Facsimile:    (415) 513-5985

Attorneys for Plaintiff San Jose Options, Inc.

Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
26135 Mureau Road, Suite 101
Calabasas, California 91302
Telephone:  (818) 914-2100
Facsimile:  (818) 914-2101
E-mail:  Andres@qlglaw.com
              John@qlglaw.com

Attorneys for Defendant HO CHUNG YEH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE OPTIONS INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HO CHUNG YEH, an individual, a/k/a SEBASTIAN, a/k/a MIKE, d/b/a PAINTBARFACTORY, d/b/a PAINTBARFACTORY.COM, d/b/a PERSPICACATY INTERNATIONAL CORP., a sole proprietorship, and DOES 1-10, inclusive <br><br> Defendants. | CASE NO. C 14-00500 KAW <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~**PROPOSED**~~ **ORDER** <br><br> Complaint filed:  January 31, 2014 |

Quintana Law
Group, APC

Pursuant to Northern District Local Rule 16-2(d) and (e) and Rule 7-12, plaintiff SAN JOSE OPTIONS INC. ("Plaintiff") and defendant HO CHUNG YEH ("Defendant"), by and through their counsel of record, stipulate as follows:

**RECITALS**

1. On October 29, 2014 [docket 39], this Court continued the Case Management Conference to March 17, 2015, so that the parties could pursue potential resolution of this matter through alternative dispute resolution rather than incurring additional fees and costs on litigation;

2. On February 26, 2015 [docket 44], the Northern District appointed the Hon. Suzanne Nusbaum as mediator in this matter;

3. On March 5, 2015, Judge Nusbaum conducted an initial conference call with counsel for the parties wherein the parties, among other things, agreed to mediate the case on March 17, 2015, beginning at 9:00 a.m. in San Mateo, California.  The parties agreed to mediate on that date since Defendant had to be out of the United States for approximately 60 to 75 days beginning on March 20, 2015;

4. On March 6, 2015, Judge Nusbaum informed counsel for the parties that she needed to canceled the March 17, 2015 mediation due to a death in her family;

5. Later on March 6, 2015, Judge Nusbaum provided the parties with additional mediation dates, including June 12, 2015;

6. On March 10, 2015, Defendant's counsel notified Judge Nusbaum that Defendant was available to mediate the case on June 12, 2015;

7. On March 11, 2015, Plaintiff's counsel notified Judge Nusbaum that Plaintiff was available to mediate the case on June 12, 2015;

8. On March 12, 2015, Judge Nusbaum informed counsel for the parties that she was no longer available on June 12, 2015 for mediation and provided the following alternative dates in the month of June: 4, 5, 22, 24, 25, 26, 29 or 30;

9. On March 13, 2015, counsel for Plaintiff and Defendant notified Judge Nusbaum that both parties were available to mediate the case on June 22 or June 24, 2015;

10. Also, on March 13, 2015, Judge Nusbaum confirmed the mediation date of June 22,

2015, to be conducted at Plaintiff's counsel's office.

11. Plaintiff and Defendant want to try to mediate this case first before either side incurs significant litigation fees and costs;

12. Counsel for Defendant is scheduled to commence a five day trial in Southern California on July 6, 2015;

13. Given that (a) the parties are still trying to set a mediation date for June of 2015 but have been unable to due to no fault of their own, (b) are working with Judge Nusbaum and her calendar to set a mediation date as soon as possible, (c) it remains unlikely that mediation will be completed in this matter until the end of June of 2015, counsel for Plaintiff and Defendant would respectfully request that the Case Management Conference be continued to July 21, 2015, or any date thereafter that is convenient for the Court's calendar.

## **STIPULATION**

Based on the foregoing Recitals, and with the Court's approval, Plaintiff and Defendant agree and stipulate as follows:

1. The Case Management Conference presently scheduled for March 17, 2015, at 1:30 p.m. shall, with the Court's approval, be continued to July 21, 2015 at 1:30 p.m. or any convenient date thereafter;

2. The parties shall submit a joint case management statement 7 days in advance of the date of the further Case Management Conference; and

3. All deadlines related to the case management conference date shall be reset to coordinate with the new initial case management conference date set by the Court.

IT SO STIPULATED.

DATED: March 13, 2015             BELVEDERE LEGAL, PC


By:  /s/ Matthew D. Metzger
     Matthew D. Metzger
     Attorneys for Plaintiff SAN JOSE OPTIONS, INC.

1
2  DATED: March 13, 2015			QUINTANA LAW GROUP
						A Professional Law Corporation
3
4
5					By:	/s/ Andres Quintana
						Andres F. Quintana
6						John M. Houkom
						Attorneys for Defendant Ho Chung Yeh
7						  HO CHUNG YEH
8
### **ATTESTATION OF FILING**

9
Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

10
11
					/s/ Andres F. Quintana
12					Andres F. Quintana, Esq.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Quintana Law
Group, APC

-4-

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

1. The Case Management Conference presently scheduled for ~~March 17,~~ April 14, 2015, at 1:30 p.m. shall be continued to July 2~~1~~8, 2015 at 1:30 p.m. [or][_____];

2. The parties shall submit a joint case management statement 7 days in advance of the date of the further Case Management Conference; and

3. All deadlines related to the case management conference date shall be reset to coordinate with the new initial case management conference date set by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March __16__, 2015

By: _____
Honorable Kandis Westmore
United States Magistrate Judge

Quintana Law Group, APC

-5-