1

2

3

4

5

6

7

8             **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | SAN JOSE OPTIONS INC.,              CASE NO. C 14-00500 KAW
   | a California corporation,

12 |                                     [PROPOSED] **ORDER DISMISSING FIRST**
   |                                     **AMENDED COMPLAINT WITH**
13 |          Plaintiff,                 **PREJUDICE**

14 |      vs.

15 | HO CHUNG YEH, an individual, a/k/a
   | SEBASTIAN, a/k/a MIKE, d/b/a
16 | PAINTBARFACTORY, d/b/a
   | PAINTBARFACTORY.COM, d/b/a
17 | PERSPICACATY INTERNATIONAL CORP.,
   | a sole proprietorship, and DOES 1-10, inclusive
18 |

19 |          Defendants.

20

21

22

23

24

25

26

27

28

Quintana Law
Group, APC

1   THE COURT has considered that Plaintiff SAN JOSE OPTIONS, INC. and Defendant HO
2   CHUNG YEH entered into a Confidential Settlement Agreement and has considered the
3   Stipulation for Entry of Order Dismissing the First Amended Complaint With Prejudice, filed
4   concurrently herewith.
5   NOW THEREFORE, IT IS HEREBY ORDERED that:
6   1.  The First Amended Complaint herein is dismissed with prejudice; and
7   2.  Each party to bear its or his own costs and attorney fees herein incurred.

Dated: May __24__, 2016

HONORABLE KANDIS WESTMORE
United States Magistrate Judge